# United States Court of Appeals for the Federal Circuit

---

August 11, 2016

**ERRATA**

---

Appeal No. 2015-3066

**JOHN C. PARKINSON,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

Issued:  August 8, 2016
Precedential Order

---

Please make the following changes:

On page two, replace the paragraph

(4) The supplemental en banc briefs shall be electronically filed in the ECF system, and thirty paper copies of each brief shall be filed with the court.  Two paper copies of each en banc brief shall be served on opposing counsel.  Respondent's en banc brief is due 45 days from the date of this order.  Petitioner's en banc response brief is due within 30 days of service of Respondent's en banc brief.  Respondent's reply brief is due within 15

days of service of Petitioner's response brief. Briefs shall adhere to the type-volume limitations set forth in Federal Rule of Appellate Procedure 32 and Federal Circuit Rule 32.

with the following paragraph:

(4) The supplemental en banc briefs shall be electronically filed in the ECF system, and thirty paper copies of each brief shall be filed with the court. Two paper copies of each en banc brief shall be served on opposing counsel. Petitioner's en banc brief is due 45 days from the date of this order. Respondent's en banc response brief is due within 30 days of service of Petitioner's en banc brief. Petitioner's reply brief is due within 15 days of service of Respondent's response brief. Briefs shall adhere to the type-volume limitations set forth in Federal Rule of Appellate Procedure 32 and Federal Circuit Rule 32.

The time period for Petitioner to file his en banc brief shall begin anew on the date of this errata.